**CARLSON LYNCH LLP**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Tel.:  619.762.1910
Fax:   619.756.6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW INGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLACOR.COM, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10406-MWF-MRW<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiff Andrew Inga and Defendant Bellacor.com, Inc. (together, the "Parties") jointly submit this Notice of Settlement to advise the Court that the Parties have tentatively reached a settlement in this litigation. In light of the settlement, the Parties hereby jointly request that the Court vacate the Scheduling Conference currently set for September 28, 2020, at 11:00 a.m., and continue it for at least 30 days while the terms of the settlement are finalized.

Date: September 14, 2020          **CARLSON LYNCH LLP**

By: */s/ Scott G. Braden*
Scott G. Braden (CA 305051)
sbraden@carlsonlynch.com
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
1350 Columbia St. Ste. 603
San Diego, California 92101
Tel:   (619) 762-1900
Fax:   (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*

Dated: September 14, 2020          **STINSON LLP**

By: */s/ Douglas R. Boettge*
Douglas R. Boettge
douglas.boettge@stinson.com
50 South Sixth St., Ste. 2600
Minneapolis, MN 55402
Tel:   (612) 335-1500
(*admitted pro hac vice*)

Attorneys for Defendant,
BELLACOR.COM, INC.

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), Scott G. Braden, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.*