JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW INGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLACOR.COM, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-10406-MWF-MRW<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Upon consideration of the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Andrew Inga and Defendant Bellacor.com, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED:   October 15, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE